UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael F. White, Sr.,<br>        Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-18132/SR |
| JPMorgan Chase Bank, National Association,<br>        Movant,<br>v.<br><br>Michael F. White, Sr.,<br>       Respondent/Debtor,<br><br>Frederick L. Reigle<br>      Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, JPMorgan Chase Bank, National Association's Objection to Confirmation of Chapter 13 Plan filed with the Court on December 1, 2016.

                                    Respectfully submitted,

Dated: May 10, 2017                      BY: /s/ Kevin S. Frankel
                                                          Kevin S. Frankel, Esquire
                                                          Shapiro & DeNardo, LLC
                                                          3600 Horizon Drive, Suite 150
                                                          King of Prussia, PA 19406
                                                          (610)278-6800/ fax (847) 954-4809
S&D File #:16-054986                    PA BAR ID #318323
                                                          pabk@logs.com