## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Michael F. White, Sr.** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **16-18132-sr** |

### ORDER

**AND NOW,** to wit, this         day of           , 2017, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

**Dated: July 5, 2017**

_____
Honorable Stephen Raslavich
U.S. Bankruptcy Court Judge