**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    Michael F. White, Sr. | : | Chapter 13 |
|  | : | |
| Debtor | : | |
| **Toyota Lease Trust** | : | |
| Movant | : | **Bankruptcy Case Number** |
|  | : | **16-18132 JKF** |
|  | : | |
| v. | : | |
|  | : | |
| **Michael F. White, Sr.** | : | |
|  | : | |
| Respondent/Debtor | : | |
|  | : | |
| And | : | |
|  | : | |
| **Frederick Reigle, Esquire** | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the

Motion of US Bank National Association, as Trustee was sent this 20th day of March, 2018 via

electronic notification and/or United States, First Class Mail, postage prepaid to all Parties in

Interest in the above captioned matter including:

**Movant's Counsel**
Kevin G. McDonald, Esq.
KML Law Group


**Trustee:**
Frederick Reigle, Esquire
Chapter 13 Standing Trustee


                                                    \s\ Michael Schwartz
                                          **MICHAEL SCHWARTZ, ESQUIRE**
                                          Attorney for Debtor