Michael F. White Sr.

        Debtor

CHAPTER 13

Toyota Lease Trust

        Movant

        vs.

NO. 16-18132 JKF

Michael F. White Sr.

        Debtor

Frederick L. Reigle Esq.

        Trustee

11 U.S.C. Section 362

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.     The post-petition arrearage on the loan held by the Movant on the Debtor's vehicle

is **$786.36**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | January 1, 2018 to March 1, 2018 at $366.36/month |
| Suspense Balance: | $312.72 |
| **Total Post-Petition Arrears** | **$786.36** |

2.     The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on April 1, 2018 and continuing through September 1, 2018, until the

arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$366.36** on the

vehicle (or as adjusted pursuant to the terms of the vehicle) on or before the first (1st) day of each

month, plus an installment payment of **$131.06** towards the arrearages on or before the last day of

each month at the address below;

TMCC
P.O. Box 5855
Carol Stream, IL 60197-5855

b).     Maintenance of current monthly vehicle payments to the Movant thereafter.

3.     Should debtor(s) provide sufficient proof of payments (front & back copies of

cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account

accordingly.

4.     In the event the payments under Section 2 above are not tendered pursuant to the

terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in

writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:  March 21, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire

Date: 3/22/18

Michael Seth Schwartz, Esquire
Attorney for Debtor

Date: 3/27/18

Frederick I. Reigle
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Jean K. Fitzsimon