## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael F. White Sr.<br>　　　　　　　　　　Debtor(s)<br><br>Toyota Lease Trust<br>　　　　　　v.<br>Michael F. White Sr.<br>　　　　　　and<br>Scott Waterman<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 16-18132 JKF |

### ORDER

AND NOW, this  7th  day of February  , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Toyota Lease Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2017 TOYOTA CAMRY , VIN: 4T1BF1FK7HU290310 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.

Jean K. FitzSimon

cc: See attached service list

Michael F. White Sr.
360 West Sandy Ridge Road
Doylestown, PA  18901

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael Seth Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532