Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-18132-AMC

MICHAEL F. WHITE, SR.  
360 W. SANDY RIDGE ROAD  
DOYLESTOWN  PA    18901

Petition Filed Date: 11/22/2016  
341 Hearing Date: 02/17/2017  
Confirmation Date: 06/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $820.00 | | 02/20/2019 | $820.00 | | 03/20/2019 | $820.00 | |
| 04/22/2019 | $820.00 | | 05/21/2019 | $820.00 | | 06/24/2019 | $820.00 | |
| 07/22/2019 | $820.00 | | 08/20/2019 | $820.00 | | 09/17/2019 | $820.00 | |
| 10/18/2019 | $820.00 | 6263146000 | 11/21/2019 | $820.00 | 6344881000 | 12/26/2019 | $820.00 | 6420054000 |
| 01/21/2020 | $820.00 | 6493002000 | 02/20/2020 | $820.00 | 6573294000 | 03/19/2020 | $820.00 | 6649345000 |
| 04/22/2020 | $820.00 | 6731949000 | 05/21/2020 | $820.00 | 6804030000 | 06/16/2020 | $820.00 | 6868983000 |
| 07/21/2020 | $820.00 | 6952809000 | | | | | | |

**Total Receipts for the Period: $15,580.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $36,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN EXP CENTURION BANK »» 001 | Unsecured Creditors | $776.51 | $567.76 | $208.75 |
| 2 | AMERICAN EXP CENTURION BANK »» 002 | Unsecured Creditors | $13,329.41 | $9,745.68 | $3,583.73 |
| 5 | BANK OF AMERICA NA »» 005 | Unsecured Creditors | $25,838.64 | $18,891.72 | $6,946.92 |
| 6 | JP MORGAN CHASE BANK NA »» 006 | Mortgage Arrears | $692.41 | $692.41 | $0.00 |
| 7 | ECAST SETTLEMENT CORPORATION »» 007 | Unsecured Creditors | $861.63 | $629.96 | $231.67 |
| 4 | JC EHRLICH »» 004 | Unsecured Creditors | $175.51 | $175.51 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MICHAEL S SCHWARTZ ESQ »» 008 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 16-18132-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,080.00 | Current Monthly Payment: | $820.00 |
| Paid to Claims: | $32,203.04 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,138.96 | Total Plan Base: | $49,200.00 |
| Funds on Hand: | $738.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.