Certificate Number: 15317-PAE-DE-035248043

Bankruptcy Case Number: 16-18132



15317-PAE-DE-035248043

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2021</u>, at <u>9:46</u> o'clock <u>AM PST</u>, <u>Michael F White</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 8, 2021</u>            By:   <u>/s/Mariel Macrohon</u>

Name:   <u>Mariel Macrohon</u>

Title:   <u>Counselor</u>