| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-18132-AMC**

MICHAEL F. WHITE, SR.
360 W. SANDY RIDGE ROAD
DOYLESTOWN  PA    18901

Petition Filed Date: 11/22/2016
341 Hearing Date: 02/17/2017
Confirmation Date: 06/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $820.00 | 6493002000 | 02/20/2020 | $820.00 | 6573294000 | 03/19/2020 | $820.00 | 6649345000 |
| 04/22/2020 | $820.00 | 6731949000 | 05/21/2020 | $820.00 | 6804030000 | 06/16/2020 | $820.00 | 6868983000 |
| 07/21/2020 | $820.00 | 6952809000 | 08/20/2020 | $820.00 | 7025237000 | 09/21/2020 | $820.00 | 7097571000 |
| 10/21/2020 | $820.00 | 7171867000 | 11/17/2020 | $820.00 | 7239837000 | 12/21/2020 | $820.00 | 7319066000 |
| 01/20/2021 | $820.00 | 7390761000 | 02/17/2021 | $820.00 | 7459258000 | 03/18/2021 | $820.00 | 7531998000 |
| 04/15/2021 | $820.00 | 7600244000 | 05/17/2021 | $820.00 | 7677573000 | | | |

**Total Receipts for the Period: $13,940.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $44,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN EXP CENTURION BANK<br>»» 001 | Unsecured Creditors | $776.51 | $696.94 | $79.57 |
| 2 | AMERICAN EXP CENTURION BANK<br>»» 002 | Unsecured Creditors | $13,329.41 | $12,212.63 | $1,116.78 |
| 5 | BANK OF AMERICA NA<br>»» 005 | Unsecured Creditors | $25,838.64 | $23,673.82 | $2,164.82 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Mortgage Arrears | $692.41 | $692.41 | $0.00 |
| 7 | ECAST SETTLEMENT CORPORATION<br>»» 007 | Unsecured Creditors | $861.63 | $789.43 | $72.20 |
| 4 | JC EHRLICH<br>»» 004 | Unsecured Creditors | $175.51 | $175.51 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MICHAEL S SCHWARTZ ESQ<br>»» 008 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 16-18132-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,280.00 | Current Monthly Payment: | $820.00 |
| Paid to Claims: | $39,740.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,786.76 | Total Plan Base: | $49,200.00 |
| Funds on Hand: | $752.50 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.